IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **05-cv-981-AP**

**SHERRY MOSLEY,**

   Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

   Defendant.

## ORDER

Kane, J.

  This matter is before the Court on Defendant's Unopposed Motion to Remand, filed October 12, 2005.  This Court has reviewed the file and considered the motion.  It is hereby

  **ORDERED** that the motion is **GRANTED**.  This civil action is remanded to Defendant for additional administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g).

  Dated:  October 13, 2005

            BY THE COURT:

            S/**John L. Kane**
            SENIOR JUDGE,
            UNITED STATES DISTRICT COURT